WOODRUFF K. SOLDNER     4023-0
MICHAEL R. CRUISE       7334-0
NICOLE KALAKAU          9508-0
RAFAEL K. RENTERIA      9202-0
Leavitt, Yamane & Soldner
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1740
Honolulu, Hawaii 96813
Telephone:  (808) 521-7474
Facsimile:   (808) 521-7749
Email: soldner@lyslaw.com
       cruise@lyslaw.com
       kalakau@lyslaw.com
       renteria@lyslaw.com

Attorneys for Plaintiffs
JEFFREY A. GREEN and
 SAMUEL LIEVANO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEFFREY A. GREEN and SAMUEL LIEVANO,<br><br>             Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CIV. NO. 20-00185 LEK-KJM<br>(Non-Motor Vehicle Tort)<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS IN CIV. NO. 20-00185 LEK-KJM |
| HARRY T. WATSON and MARIE PARKER,<br><br>             Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CIV. NO. 20-00186 LEK-KJM<br>(Non-Motor Vehicle Tort)<br><br>Trial:  January 30, 2023<br>Judge: Hon. Leslie E. Kobayashi<br>Magistrate Judge: Hon. Kenneth J. Mansfield |

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS IN CIV. NO. 20-00185 LEK-KJM

IT IS HEREBY STIPULATED, by and between Plaintiffs JEFFREY A. GREEN and SAMUEL LIEVANO ("Plaintiffs") and Defendant UNITED STATES OF AMERICA ("Defendant"), through their respective counsel, that all claims between Plaintiffs and Defendant in Civ No. 20-00185 LEK-KJM be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules.

The parties are to bear their own attorney's fees and costs.

There are no remaining issues or parties in this matter Civ No. 20-00185 LEK-KJM.

All appearing parties in Civ No. 20-00185 LEK-KJM have signed this stipulation for dismissal.

Dated:  Honolulu, Hawaii, November 3, 2022.

  /s/ *Michael R. Cruise*
WOODRUFF K. SOLDNER
MICHAEL R. CRUISE
NICOLE KALAKAU
RAFAEL K. RENTERIA

Attorneys for Plaintiffs

Dated: Honolulu, Hawaii, November 3, 2022.

          /s/ Dana A. Barbata
DANA A. BARBATA
Assistant U.S. Attorney

Attorney for Defendant

APPROVED AND SO ORDERED.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS IN CIV. NO. 20-00185 LEK-KJM; *Jeffrey A. Green and Samuel Lievano vs. United States of America*; Case No. 20-CV-00185-LEK-KJM